UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY, | Case No. 1:26-cv-01188 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| GOVERNOR NEWSOM, et al., | |
| Defendants. | Doc. 12 |

Plaintiff James Carl Kelly is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Doc. 1.  Kelly initiated this action by filing a complaint in the Northern District of California, which transferred the action to this Court.  The court observed that Kelly did not pay the filing fee and ordered him to either pay the filing fee or file a motion to proceed in forma pauperis.  Doc. 7.  After Kelly failed to take either action, the magistrate judge found Kelly failed to comply with the Court's order and failed to prosecute this action.  The magistrate judge recommended the Court dismiss the action without prejudice.  Doc. 12 at 2-4.

On March 18, 2026, the Court served the findings and recommendations on Kelly and granted him thirty days to file any objections.  Doc. 12 at 4. The Court informed Kelly that the failure to file timely objections "may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Kelly did not file objections, and he has not paid the filing fee to proceed with the action

1

In accordance with 28 U.S.C. § 636(b)(1), the Court performed a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1.    The findings and recommendations issued March 18, 2026 (Doc. 12) are ADOPTED in full.

2.    The action is DISMISSED without prejudice for Plaintiff's failure to pay the filing fee, failure to prosecute, and failure to obey a court order.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    May 7, 2026

_____
UNITED STATES DISTRICT JUDGE